June 01, 2007

Mr. J. Arnold Aguilar
Law Office of J. Arnold Aguilar
1200 Central Boulevard, Suite H-2
Brownsville, TX 78520
Mr. Miguel A. Pruneda Jr.
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box 1664
Pharr, TX 78577

RE: Case Number: 06-0516
 Court of Appeals Number: 13-05-00509-CV
 Trial Court Number: CL,43,466-D

Style: CITY OF ELSA, TEXAS
 v.
 M.A.L., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. J. D. |
| |Salinas III |